UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Jabord, Inc.,

                         Plaintiff,              **ORDER**

              - against -              25 Civ. 1694 (NRB)

Beacon LLC, Brandstar, Inc., and Mark
Alfieri,

                         Defendants.
------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


     **WHEREAS**, on June 9, 2025, defendants Beacon LLC, Brandstar,

Inc., and Mark Alfieri filed a Motion to Dismiss (the "Motion").

ECF No. 14; and

     **WHEREAS**, on June 23, 2025, Jabord, Inc. filed an opposition

to the Motion (the "Opposition").  ECF No. 17; and

     **WHEREAS**, the Motion and Opposition were not "accompanied by

a letter no longer than three pages outlining the substantive

arguments advanced in the motion papers" as required by Rule 2.C.1

of this Court's individual practices; it is hereby

     **ORDERED** that both parties shall file a letter regarding their

respective Motion and Opposition in accordance with Rule 2.C.1 no

later than 7 days from the date of this Order.

Dated:    January 16, 2026
          New York, New York

                              _____
                               NAOMI REICE BUCHWALD
                               UNITED STATES DISTRICT JUDGE


                                1